In the Matter of WALTER S. COMMERDINGER, SR., Appellant, against THOMAS VINCENT et al., Respondents.

(Argued March 9, 1936; decided April 14, 1936.)

*Harry A. Davidow* and *Harold Ashare* for appellant.

*S. Martin Adelman* and *Jacob M. Dinnes* for Thomas Vincent, respondent.

*Guy O. Walser* and *Henry Tasker* for Board of Canvassers of Town of Smithtown, respondent.

*Edgar F. Hazelton* and *Vahan H. Kalenderian* for Board of Elections of County of Suffolk, respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Taking no part: O'BRIEN, J.